# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jauquel Jones

                              Plaintiff,

v.                                                           Case No.: 1:23−cv−03445

                                                                         Honorable Mary M. Rowland

UrbanStrong, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [52]. The parties report that a settlement has been executed. However, the parties need more time to effectuate settlement payment and request more time. The Court grants that request. The parties are to file a stipulation of dismissal, or status report on settlement, by 8/22/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.