# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAUQUEL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| URBANSTRONG, LLC, a Texas limited liability company d/b/a URBAN AIR TRAMPOLINE AND ADVENTURE PARK INC. and UNLEASHED BRANDS, LLC, a foreign Corporation limited liability company | ) Case No. 1:23-cv-03445 |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Court having reviewed the Stipulation of Dismissal and being duly advised in the premises, now grants the Stipulation of Dismissal filed herein and dismisses plaintiff's complaint and all claims contained therein, with prejudice.

It is therefore ORDERED, ADJUDGED, AND DECREED that that this cause and all claims contained therein are dismissed, with prejudice, with each party to bear its own costs. This case is terminated.

SO ORDERED this 18th day of August, 2025.

_____
Mary M. Rowland
Judge, United States District Court for the Northern District of Illinois